**Fill in this information to identify the case:**

Debtor 1: John Christopher Robinson

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Eastern District of Louisiana

Case number: 14-11255

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** VENTURES TRUST 2013-I-H-R

**Court claim no.** (if known): _____

**Last 4 digits** of any number you use to identify the debtor's account: 0 0 1 3

**Date of payment change:** 03/01/2017
Must be at least 21 days after date of this notice

**New total payment:** $ 2,475.02
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 1,225.13     New escrow payment: $ 1,285.86

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

---

Official Form 410S1        **Notice of Mortgage Payment Change**        page 1

| Debtor 1 | John Christopher Robinson | | Case number (*if known*) 14-11255 |
|---|---|---|---|
| | First Name  Middle Name  Last Name | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Jordyn Robertson
Signature

Date 02/08/2017

Print: Jordyn Roberston
    First Name   Middle Name   Last Name

Title Representative for Creditor

Company Weinstein & Riley, P.S.

Address 2001 Western Avenue, Suite 400
    Number        Street

Seattle                    WA    98121
City                       State  ZIP Code

Contact phone 877-332-3543

Email bncmail@w-legal.com

**BSI Financial Services**

Annual Escrow Account
Disclosure Statement

314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354
1-866-581-4498
https://myloanweb.com/BSI

ACCOUNT NUMBER: 0013

DATE: 01/24/17

JOHN C ROBINSON
607 ARBOR CT
MADISONVILLE, LA 70447

37

PROPERTY ADDRESS
607 ARBOR CT
CP
MADISONVILLE, LA 70447

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED. THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED ESCROW ACTIVITY FOR YOUR ESCROW CYCLE BEGINNING 03/01/2017 THROUGH 02/28/2018.

--------- ANTICIPATED PAYMENTS FROM ESCROW 03/01/2017 TO 02/28/2018 ---------

| | |
|---|---|
| FLOOD F/P | $8,558.88 |
| HOMEOWNERS INS | $1,471.90 |
| PMI | $2,711.76 |
| COUNTY TAX | $2,687.89 |
| TOTAL PAYMENTS FROM ESCROW | $15,430.43 |
| MONTHLY PAYMENT TO ESCROW | $1,285.86 |

------ ANTICIPATED ESCROW ACTIVITY 03/01/2017 TO 02/28/2018 -------

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | | STARTING BALANCE --> | $8,878.15 | $3,245.02 |
| MAR | $1,285.86 | $713.24 | FLOOD F/P | $9,450.77 | $3,817.64 |
| | | $1,471.90 | HOMEOWNERS INS | $7,978.87 | $2,345.74 |
| | | $225.98 | PMI | L1-> $7,752.89 | L2-> $2,119.76 |
| APR | $1,285.86 | $713.24 | FLOOD F/P | $8,325.51 | $2,692.38 |
| | | $225.98 | PMI | $8,099.53 | $2,466.40 |
| MAY | $1,285.86 | $713.24 | FLOOD F/P | $8,672.15 | $3,039.02 |
| | | $225.98 | PMI | $8,446.17 | $2,813.04 |
| JUN | $1,285.86 | $713.24 | FLOOD F/P | $9,018.79 | $3,385.66 |
| | | $225.98 | PMI | $8,792.81 | $3,159.68 |
| JUL | $1,285.86 | $713.24 | FLOOD F/P | $9,365.43 | $3,732.30 |
| | | $225.98 | PMI | $9,139.45 | $3,506.32 |
| AUG | $1,285.86 | $713.24 | FLOOD F/P | $9,712.07 | $4,078.94 |
| | | $225.98 | PMI | $9,486.09 | $3,852.96 |
| SEP | $1,285.86 | $713.24 | FLOOD F/P | $10,058.71 | $4,425.58 |
| | | $225.98 | PMI | $9,832.73 | $4,199.60 |
| OCT | $1,285.86 | $713.24 | FLOOD F/P | $10,405.35 | $4,772.22 |
| | | $225.98 | PMI | $10,179.37 | $4,546.24 |
| NOV | $1,285.86 | $713.24 | FLOOD F/P | $10,751.99 | $5,118.86 |
| | | $225.98 | PMI | $10,526.01 | $4,892.88 |
| DEC | $1,285.86 | $713.24 | FLOOD F/P | $11,098.63 | $5,465.50 |
| | | $225.98 | PMI | $10,872.65 | $5,239.52 |

********** Continued on reverse side ************



IF YOUR SURPLUS IS $50 OR GREATER, BSI FINANCIAL SERVICES WILL SEND YOU A REFUND CHECK, PROVIDED YOUR LOAN IS CURRENT.

IF YOUR SURPLUS IS LESS THAN $50, THE FUNDS WILL REMAIN IN YOUR ESCROW ACCOUNT.

Licensed as Servis One, Inc. dba BSI Financial Services. BSI Financial Services NMLS# 38078. Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).

| | ANTICIPATED PAYMENTS | | | ESCROW BALANCE COMPARISON | |
|---|---|---|---|---|---|
| MONTH | TO ESCROW | FROM ESCROW | DESCRIPTION | ANTICIPATED | REQUIRED |
| | | $2,687.89 | COUNTY TAX | $8,184.76 | $2,551.63 |
| JAN | $1,285.86 | $713.24 | FLOOD F/P | $8,757.38 | $3,124.25 |
| | | $225.98 | PMI | $8,531.40 | $2,898.27 |
| FEB | $1,285.86 | $713.24 | FLOOD F/P | $9,104.02 | $3,470.89 |
| | | $225.98 | PMI | $8,878.04 | $3,244.91 |

--------- **DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE** --------

IF THE ANTICIPATED LOW POINT BALANCE (L1) IS GREATER THAN THE REQUIRED BALANCE (L2), THEN YOU HAVE AN ESCROW SURPLUS.  **YOUR ESCROW SURPLUS IS $5,633.13.**

| CALCULATION OF YOUR NEW PAYMENT | |
|---|---|
| PRIN & INTEREST | $1,189.16 |
| ESCROW PAYMENT | $1,285.86 |
| **NEW PAYMENT EFFECTIVE 03/01/2017** | **$2,475.02** |

YOUR ESCROW CUSHION FOR THIS CYCLE IS $2,119.76.

| ACCOUNT HISTORY |
|---|

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING 03/01/2016 AND ENDING 02/28/2017. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE, OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.  THIS STATEMENT IS INFORMATION ONLY AND REQUIRES NO ACTION ON YOUR PART.

YOUR PAYMENT BREAKDOWN AS OF 03/01/2016 IS:

| | |
|---|---|
| PRIN & INTEREST | $1,189.16 |
| ESCROW PAYMENT | $1,225.13 |
| BORROWER PAYMENT | $2,414.29 |

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | | ESCROW BALANCE | |
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| | | | | | STARTING BALANCE | $2,534.10 | $7,171.62- |
| MAR | $1,225.13 | $703.06 * | $1,441.67 | | HOMEOWNERS INS | $2,091.58  A-> | $6,694.54- |
| MAR | | | | $225.98 * | PMI | | |
| MAR | | | $225.98 | | PMI | | |
| APR | $1,225.13 | $703.06 * | $731.25 | | FLOOD F/P | $2,359.48 | $6,217.46- |
| APR | | | | $225.98 * | PMI | | |
| APR | | | $225.98 | | PMI | | |
| MAY | $1,225.13 | $1,406.12 * | $731.25 | | FLOOD F/P | $2,627.38 | $5,037.32- |
| MAY | | | | $225.98 * | PMI | | |
| MAY | | | $225.98 | | PMI | | |
| JUN | $1,225.13 | $703.06 * | $731.25 | | FLOOD F/P | $2,895.28 | $4,560.24- |
| JUN | | | | $225.98 * | PMI | | |
| JUN | | | $225.98 | | PMI | | |
| JUL | $1,225.13 | $703.06 * | $731.25 | | FLOOD F/P | $3,163.18 | $4,083.16- |
| JUL | | | | $225.98 * | PMI | | |
| JUL | | | $225.98 | | PMI | | |
| AUG | $1,225.13 | $703.06 * | $731.25 | | FLOOD F/P | $3,431.08 | $3,606.08- |
| AUG | | | | $225.98 * | PMI | | |
| AUG | | | $225.98 | | PMI | | |
| SEP | $1,225.13 | $1,406.12 * | $731.25 | | FLOOD F/P | $3,698.98 | $2,425.94- |
| SEP | | | | $225.98 * | PMI | | |
| SEP | | | $225.98 | | PMI | | |
| OCT | $1,225.13 | $703.06 * | $731.25 | | FLOOD F/P | $3,966.88 | $1,948.86- |
| OCT | | | | $225.98 * | PMI | | |
| OCT | | | $225.98 | | PMI | | |
| NOV | $1,225.13 | $703.06 * | $731.25 | | FLOOD F/P | $4,234.78 | $1,471.78- |
| NOV | | | | $225.98 * | PMI | | |
| NOV | | | $225.98 | | PMI | | |
| DEC | $1,225.13 | $1,867.16 * | $731.25 | | FLOOD F/P  T-> | $1,998.30 | $3,944.97- |
| DEC | | | | $2,687.89 * | COUNTY TAX | | |
| DEC | | | $225.98 | | PMI | | |
| DEC | | | | $713.24 | FLOOD F/P | | |
| DEC | | | $2,504.38 | | COUNTY TAX | | |
| DEC | | | | $713.24 | FLOOD F/P | | |
| DEC | | | | $225.98 | PMI | | |
| JAN | $1,225.13 | $0.00 | $731.25 | | FLOOD F/P | $2,266.20 | $4,884.19- |
| JAN | | | | $713.24 * | FLOOD F/P | | |

If you have filed a bankruptcy petition and there is either an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired

| | PAYMENTS TO ESCROW | | PAYMENTS FROM ESCROW | | ESCROW BALANCE | | |
|---|---|---|---|---|---|---|---|
| MONTH | PRIOR PROJECTED | ACTUAL | PRIOR PROJECTED | ACTUAL | DESCRIPTION | PRIOR PROJECTED | ACTUAL |
| JAN | | | $225.98 | | PMI | | |
| JAN | | | | $225.98 | PMI | | |
| FEB | $1,225.13 | $0.00 | $731.25 | | FLOOD F/P | $2,534.10 | $4,884.19- |
| FEB | | | $225.98 | | PMI | | |
| | $14,701.56 | $9,600.82 | $14,701.56 | $7,313.39 | | | |

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT, THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED DISBURSEMENTS.  YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT BALANCE (T) WAS $1,998.30.  YOUR ACTUAL LOW POINT ESCROW BALANCE  (A) WAS $6,694.54-.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED.  AN ASTERISK (*) INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN,  THERE WAS NO PRIOR PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.

**Determining your Shortage or Surplus**
**Shortage**:
Any shortage in your escrow account is usually caused by one the following items:
- An increase, if any, in what was paid for insurance and/or taxes from your escrow account.
- A projected increase in taxes for the upcoming year.
- The number of months elapsed from the time of these disbursements to the new payment effective date.

Shortages are divided evenly of the next twelve months.  To reduce the increase in your monthly payment, the shortage can be paid either partially or in full.

**Surplus**:
A surplus in your escrow account is usually caused by one the following items:
- The insurance/taxes paid during the past year were lower than projected.
- A refund was received from the taxing authority or insurance carrier.
- Additional funds were applied to your escrow account.

If your surplus is $50.00 or greater and your loan was contractually current at the time when the analysis was run or calculated, a check will be sent to you.  If your surplus is less than $50.00, the funds will be retained in your escrow account.



314 S. Franklin Street, 2nd Floor
P.O. Box 517
Titusville, PA 16354

ACCOUNT NUMBER: 0013

1-866-581-4498

https://myloanweb.com/BSI

JOHN C ROBINSON
607 ARBOR CT
MADISONVILLE, LA 70447

PROPERTY ADDRESS
607 ARBOR CT
CP
MADISONVILLE, LA 70447

Annual PMI Notification (originated after 7-29-99)

Private Mortgage Insurance: Your mortgage loan requires private mortgage insurance ("PMI"). The premium for the insurance is added to your loan payments. PMI protects lenders against financial loss when borrowers default. Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does not affect any obligation you may have to maintain other types of insurance.

Borrower Requested Cancellation of PMI: You have the right to request that PMI be canceled on or after either of these dates:
(1) the date the principal balance of your loan is first scheduled to reach 80% of the original value of the property or
(2) the date the principal balance actually reaches 80 % of the original value of the property.

PMI will only be canceled on these dates if:
(1) you submit a written request for cancellation;
(2) you have a good payment history; and
(3) we receive, if requested and at your expense, evidence that
the value of the property has not declined below its original value and certification that there are no subordinate liens on the property.

A "good payment history" means no payments 60 or more days past due within two years and no payments

30 or more days past due within one year of the cancellation date.

"Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed.

Automatic Termination of PMI: If you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first scheduled to reach 78% of the original value of the property. If you are not current on your loan payments as of that date, PMI will automatically terminate when you thereafter become current on your payments.

In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan if you are current on your payments on that date.

Licensed as Servis One, Inc. dba BSI Financial Services. BSI Financial Services NMLS# 38078. Colorado Office Location: 13111 E. Briarwood Ave., Suite 340, Centennial, CO 80112 80112 (303) 309-3839. Licensed as a Debt Collection Agency by the New York City Department of Consumer Affairs, (# 2001485-DCA). North Carolina Collection Agency Permit (# 105608).

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the Notice of Mortgage Payment Change was served on the following parties by electronic service via the Court's ECF filing system or by first-class mail on February 8, 2017.

<u>Debtors via US mail</u>
**John Christopher Robinson**
607 Arbor Court
Madisonville, LA 70447

<u>Debtor's counsel via e-filing</u>
**Steve R. Conley**
consumerlawyer1@gmail.com

<u>Trustee via e-filing</u>
**S. J. Beaulieu, Jr.**
ecf@ch13no.com

<u>US Trustee via e-filing</u>
**United States Trustee**
USTPRegion05.NR.ECF@usdoj.gov

/s/ Jordyn Robertson  _____
Jordyn Robertson