**Form B2100B** (Official Form B2100B)(12/15)

# United States Bankruptcy Court

Eastern District of Louisiana

Case No. <u>14–11255</u>
Chapter <u>13</u>

In re   Debtor(s)

<u>John Christopher Robinson</u>

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. 5        was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 7/26/17.

| | |
|---|---|
| Name of Alleged Transferor<br>CitiMortgage, Inc | Name of Transferee<br>Fay Servicing, LLC |
| Address of Alleged Transferor:<br>P.O. Box 688971 Des Moines, IA 50368–8971 | Address of Transferee:<br>440 S. LaSalle Street Ste. 2000 Chicago, IL 60605 |

### ~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty−one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Dated: <u>7/26/17</u>

**Sheila Booth**
Clerk, United States Bankruptcy Court

United States Bankruptcy Court
Eastern District of Louisiana

In re:                                                                                  Case No. 14-11255-EWM
John Christopher Robinson                                                                Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 053L-2          User: kf              Page 1 of 1              Date Rcvd: Jul 26, 2017
                              Form ID: 2100B        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
3254461        CitiMortgage, Inc.,    P.O. Box 688971,    Des Moines, IA,    50368-8971

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                                     Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
          Earl F. Sundmaker    on behalf of Creditor    Toyota Lease Trust trey@sundmakerfirm.com,
           alexis@sundmakerfirm.com;michelle@sundmakerfirm.com;Jennifer@sundmakerfirm.com
          Gregory J. Walsh    on behalf of Creditor    Toyota Lease Trust greg@sundmakerfirm.com,
           jennifer@sundmakerfirm.com
          Jason R. Smith    on behalf of Creditor    Ventures Trust 2013-I-H-R, as serviced by BSI Financial
           Services jasonsmith@creditorlawyers.com,   ljacob@creditorlawyers.com
          Office of the  U.S. Trustee    USTPRegion05.NR.ECF@usdoj.gov
          Richard K. Dimitry    on behalf of Attorney    Jefferson Financial Credit Union gotchaa@fastband.com
          S. J. Beaulieu, Jr.    ecf@ch13no.com
          Steve R. Conley    on behalf of Debtor John Christopher Robinson consumerlawyer1@gmail.com,
           fdcpanaca13@gmail.com
                                                                              TOTAL: 7